IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-11639-amc |
| PHYLLICE J. JACKSON FKA PHYLLICE FREEMAN FKA PHYLLICE ANTHONY FKA PHYLLIS FREEMAN AKA PHYLLIS JACKSON FKA PHYLLIS ANTHONY, | CHAPTER: 13 |
| | JUDGE: ASHELY M. CHAN |
| Debtor. | |

## NOTICE OF LOAN FORBEARANCE EXTENSION AGREEMENT

Community Loan Servicing, LLC, as servicer for Metropolitan Life Insurance Company (hereinafter "Creditor"), secured creditor of the above entitled Debtor, hereby provides notice that Creditor and Debtor have entered into a Forbearance Extension Agreement due to the impact of COVID-19. Creditor and Debtor previously entered into a forbearance agreement and Creditor filed a Notice of Forbearance Agreement on January 11, 2022. Subsequently, Creditor and Debtor(s) agreed to extend the forbearance period as set forth herein. The Forbearance Extension Agreement relates to the loan ending in ******0919, hereinafter "Loan", which is secured by the real property located at 1502 Walnut Ridge Estate, Pottstown, Pennsylvania 19464. Under the Forbearance Extension Agreement, payments due under the Loan are suspended beginning with the payment due on January 1, 2022 and extended through and including the payment due May 1, 2022.

This Notice does not constitute an amendment and/or modification of the Loan. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period after the forbearance plan ends. Furthermore, Creditor does not waive its rights under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect any post-petition escrow shortage. During the forbearance period Creditor may continue to file notices in compliance with Fed. Rule Bankr. P. 3002.1.

Because of the uncertainties surrounding how long this pandemic will last, Creditor will work with Debtor or Debtor's counsel to determine when Debtor will be able to resume making mortgage payments and when/how the Debtor will cure the delinquency created by the forbearance period ("forbearance arrears"). Once the forbearance plan ends and the Creditor and Debtor or Debtor's counsel agree on an appropriate repayment or loss mitigation program, Creditor will file a notice or an amended/supplemental claim consistent with local practice.

Creditor does not waive its rights to seek relief from the automatic stay for reasons other than non-payment of the Mortgage.

This Notice does not constitute an amendment or modification to the Debtor's plan of reorganization, and does not relieve the Debtor of the responsibility to amend or modify the plan of reorganization to reflect the Forbearance Extension Agreement, if required.

Respectfully submitted,

Dated: February 22, 2022                    ALDRIDGE PITE, LLP

/s/ Janet M. Spears
Janet M. Spears
Authorized Agent for Creditor Community
Loan Servicing, LLC, as servicer for
Metropolitan Life Insurance Company
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: jspears@aldridgepite.com

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION

| | |
|---|---|
| In re<br><br>PHYLLICE J. JACKSON FKA PHYLLICE FREEMAN FKA PHYLLICE ANTHONY FKA PHYLLIS FREEMAN AKA PHYLLIS JACKSON FKA PHYLLIS ANTHONY,<br><br>Debtor(s). | Case No. 20-11639-amc<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Pamela V. Thomason, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305.   I am over the age of eighteen years and not a party to this case.

On February 22, 2022, I caused the NOTICE OF LOAN FORBEARANCE EXTENSION AGREEMENT to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.


/s/ Pamela V. Thomason

PROOF OF SERVICE

- 1 -

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Phyllice J. Jackson
1502 Walnut Ridge Estates
Pottstown, PA 19464

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

JOSEPH L QUINN
courtnotices@rqplaw.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

William C. Miller, Esq.
ecfemails@ph13trustee.com

- 2 -

PROOF OF SERVICE