**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Phyllice J. Jackson f/k/a Phyllice Freeman f/k/a Phyllice Anthony f/k/a Phyllis Freeman a/k/a Phyllis Jackson f/k/a Phyllis Anthony | CHAPTER 13 |
| | BKY. NO. 20-11639 AMC |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Community Loan Servicing, LLC, as servicer for Metropolitan Life Insurance Company and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
01 Mar 2022, 15:12:25, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322