# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-11639** |
| **Phyllice J. Jackson FKA Phyllice** : | **Chapter 13** |
| **Freeman, FKA Phyllice Anthony, FKA** : | **Judge Ashely M. Chan** |
| **Phyllis Freeman, AKA Phyllis Jackson,** : | * * * * * * * * * * * * * * * * * * * |
| **FKA Phyllis Anthony** | |
| : | |
| **Debtor(s)** | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Metropolitan Life, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

22-017535_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-11639** |
| **Phyllice J. Jackson FKA Phyllice** : | **Chapter 13** |
| **Freeman, FKA Phyllice Anthony, FKA** : | **Judge Ashely M. Chan** |
| **Phyllis Freeman, AKA Phyllis Jackson,** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **FKA Phyllis Anthony** | |
| | |
| **Debtor(s)** | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Joseph L Quinn, Attorney for Phyllice J. Jackson FKA Phyllice Freeman, FKA Phyllice Anthony, FKA Phyllis Freeman, AKA Phyllis Jackson, FKA Phyllis Anthony, CourtNotices@rqplaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Phyllice J. Jackson FKA Phyllice Freeman, FKA Phyllice Anthony, FKA Phyllis Freeman, AKA Phyllis Jackson, FKA Phyllis Anthony, 1502 Walnut Ridge Estates, Pottstown, PA 19464

/s/ Alyk L. Oflazian

22-017535_PS