IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Phyllice J. Jackson, | : | Chapter 13 |
| Debtor | : | No. : 20-11639-amc |

## **CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on May 2, 2023, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on May 2, 2023:*

Adam Bradley Hall on behalf of Creditor Metropolitan Life Insurance Company
amps@manleydeas.com

Daniel P. Jones on behalf of Creditor Metropolitan Life Insurance Company
djones@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly on behalf of Creditor Metropolitan Life Insurance Company
skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Brian Craig Nicholas on behalf of Creditor Bayview Loan Servicing, LLC
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Brian Craig Nicholas on behalf of Creditor Community Loan Servicing, LLC, as servicer for Metropolitan Life Insurance Company
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Brian Craig Nicholas on behalf of Creditor Metropolitan Life Insurance Company
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Alyk L Oflazian on behalf of Creditor Metropolitan Life
amps@manleydeas.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

James Randolph Wood on behalf of Creditor Lower Pottsgrove Township Municipal Authority
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

*Via First Class United States Mail on May 2, 2023:*

Arthur Lashin, Esq.
Hayt, Hayt & Landau LLC
123 S. Broad Street, Suite 1660
Philadelphia, PA 19109-1003

Arthur Lashin, Esq.
Hayt, Hayt & Landau LLC
400 Market Street, 6th Floor
Philadelphia, PA 19106

Ryan Bell, President
Midland Funding LLC
3111 Camino Del Rio North, Suite 103
San Diego, CA 92108

Keiko Jackson, Bankr. Analyst
Hyundai Lease Titling Trust
P.O. Box 20825
Fountain Valley CA 92728

Ellen Renish, Property Manager
Walnut Ridge HOA
PO Box 1235
Pottstown PA 19464

All other creditors on the mailing matrix not noticed by way of ECF.

                    **ROSS, QUINN & PLOPPERT, P.C.**

                    By: */s/ Joseph Quinn*
                        Joseph Quinn, Esquire
                        Attorney I.D. 307467
                        Ross, Quinn & Ploppert, P.C.
                        192 S. Hanover Street, Suite 101
                        Pottstown, PA  19464
                        Ph: (610) 323-5300
                        F:   (610) 323-6081

Dated: May 2, 2023