## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-11639 |
| Phyllice J. Jackson | : Chapter 13 |
| | : Judge Ashely M. Chan |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| Metropolitan Life Insurance Company | : Related Document # 63 |
| Movant, | : |
| vs | : |
| | : |
| Phyllice J. Jackson | : |
| Kenneth E. West, Trustee | : |
| Respondents. | : |

### PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 63)

Now comes Metropolitan Life Insurance Company ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on May 11, 2023. The Objection to Confirmation of Plan needs to be withdrawn because The modified chapter 13 plan filed May 2, 2023 at Docket No. 59 resolves the objection as funds have been received.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Alyk L. Oflazian (312912)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

22-017535_SCS2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | :  Case No.: 20-11639 |
| **Phyllice J. Jackson** | :  Chapter 13 |
| | :  Judge Ashely M. Chan |
| Debtor(s) | :  * * * * * * * * * * * * * * * * * |
| | : |
| **Metropolitan Life Insurance Company** | :  Related Document # 63 |
| Movant, | : |
| vs | : |
| | : |
| **Phyllice J. Jackson** | : |
| **Kenneth E. West, Trustee** | : |
| Respondents. | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 63) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

JOSEPH L QUINN, Attorney for Phyllice J. Jackson, CourtNotices@rqplaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Phyllice J. Jackson, 1502 Walnut Ridge Estates, Pottstown, PA  19464

/s/ Adam B. Hall

22-017535_SCS2