# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-11639 |
| **Phyllice J. Jackson** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Metropolitan Life Insurance Company** | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| **Phyllice J. Jackson** | : |
| **Kenneth E. West** | : |
| Respondents. | : |

## NOTICE OF SATISFACTION OF CLAIM

The law firm of Manley Deas Kochalski LLC hereby gives notice to the Court and all parties that the Proof of Claim for Metropolitan Life Insurance Company ("Creditor") as it relates to Claim No. 13-2 filed July 7, 2020 in the total amount of $1,627.34 has been satisfied.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Alyk L. Oflazian (312912)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

22-017535_VJH

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-11639 |
| **Phyllice J. Jackson** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Metropolitan Life Insurance Company** | : Related Document # |
| **Movant,** | : |
| vs | : |
| | : |
| **Phyllice J. Jackson** | : |
| **Kenneth E. West** | : |
| **Respondents.** | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Satisfaction of Claim was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

JOSEPH L QUINN, Attorney for Phyllice J. Jackson, CourtNotices@rqplaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Phyllice J. Jackson, 1502 Walnut Ridge Estates, Pottstown, PA  19464

Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL  33146

Lower Pottsgrove Authority, PO Box 2343, West Chester, PA  19380-0110

Midland Funding, C/O Hayt, Hayt & Landau, LLC, 400 Market Street, 6th Floor, Philadelphia, PA  19106

/s/ Adam B. Hall

22-017535_VJH