**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Phyllice J. Jackson fka Phyllice Freeman fka Phyllice Anthony fka Phyllis Freeman aka Phyllis Jackson fka Phyllis Anthony | CHAPTER 13 |
| Debtor(s) | BKY. NO. 20-11639 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Metropolitan Life Insurance Company and index same on the master mailing list.

Respectfully submitted,


Mark Cronin
14 Feb 2024, 15:35:21, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322