United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11639-amc |
| Phyllice J. Jackson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 23, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14724455 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2024 23:45:00 | Metropolitan Life, c/o Right Path Servicing, PO Box 619094, Dallas, TX 75261-9094 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Metropolitan Life amps@manleydeas.com |
| DANIEL P. JONES | on behalf of Creditor Metropolitan Life Insurance Company djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing  LLC, as servicer for Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2024 | Form ID: trc | Total Noticed: 1 |

DENISE ELIZABETH CARLON
  on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
  on behalf of Creditor Lower Pottsgrove Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOSEPH L QUINN
  on behalf of Debtor Phyllice J. Jackson CourtNotices@rqplaw.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

STEVEN P KELLY
  on behalf of Creditor Metropolitan Life Insurance Company skelly@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-11639-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Phyllice J. Jackson
1502 Walnut Ridge Estates
Pottstown PA 19464

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/22/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: Metropolitan Life, c/o Right Path Servicing, PO Box 619094, Dallas, TX 75261-9741 | Metropolitan Life Insurance Company<br>C/O Rushmore Servicing<br>PO Box 619096<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/25/24

Tim McGrath
**CLERK OF THE COURT**