# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Phyllice J. Jackson, | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 20-11639-amc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Phyllice J. Jackson, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on June 8, 2023 along with the Notice of Application and Certificate of Service were timely served on parties in interest on June 8, 2023.

3. A response deadline to the application was due on or before June 29, 2023.

4. As of October 7, 2024, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    Attorney I.D. No. 307467
    192 S. Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: October 7, 2024