UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Phyllice J. Jackson aka Phyllice Freeman aka Phyllice Anthony aka Phyllis Freeman aka Phyllis Jackson aka Phyllis Anthony<br>Debtor | CASE NO.: 20-11639-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan |
| Fay Servicing, LLC as servicer for Metropolitan Life Insurance Company<br><br>v.<br><br>Phyllice J. Jackson aka Phyllice Freeman aka Phyllice Anthony aka Phyllis Freeman aka Phyllis Jackson aka Phyllis Anthony<br>Kenneth E. West<br>Respondents | Hearing Date: March 4, 2025 at 11:00 a.m.<br><br>Objection Deadline: February 21, 2025 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE,** that Fay Servicing, LLC as servicer for Metropolitan Life Insurance Company (on behalf of itself and together with any successor and/or assign "Movant"), filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1502 Walnut Ridge Estate, Pottstown, PA 19464.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 21, 2025 you or your attorney must do all of the following:

    (a)    file an answer explaining your position at

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> 900 Market Street
> Suite 204
> Robert N.C. Nix Sr. Federal Courthouse, Courtroom 4
> Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the Movant's attorney:

> Lauren Moyer
> Friedman Vartolo, LLP
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> Phone: (212) 471-5100
> Fax: (212) 471-5150
> Bankruptcy@FriedmanVartolo.com

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Judge Ashely M. Chan at 900 Market Street, Suite 204, Robert N.C. Nix Sr. Federal Courthouse, Courtroom 4, Philadelphia, PA 19107 on March 4, 2025 at 11:00 a.m., unless otherwise ordered by the Court.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: February 7, 2025

By: /s/ Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Fay Servicing, LLC as servicer for Metropolitan Life Insurance Company

1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

TO:

Phyllice J. Jackson aka Phyllice Freeman aka Phyllice Anthony aka Phyllis Freeman aka Phyllis Jackson aka Phyllis Anthony
1502 Walnut Ridge Estates
Pottstown, PA 19464
Bankruptcy Debtor

Joseph Quinn, Esq.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Attorney

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building - Suite 320, 900 Market Street
Philadelphia, PA 19107
United States Trustee