UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Phyllice J. Jackson aka Phyllice Freeman aka Phyllice Anthony aka Phyllis Freeman aka Phyllis Jackson aka Phyllis Anthony<br>           Debtor | CASE NO.: 20-11639-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan |
| | Fay Servicing, LLC as servicer for Metropolitan Life Insurance Company<br><br>v.<br><br>Phyllice J. Jackson aka Phyllice Freeman aka Phyllice Anthony aka Phyllis Freeman aka Phyllis Jackson aka Phyllis Anthony<br>Kenneth E. West<br>           Respondents | Hearing Date:<br><br>Objection Deadline: |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of Fay Servicing, LLC as servicer for Metropolitan Life Insurance Company, together with any successor and/or assign, ("Movant") dated February 7, 2025, and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1502 Walnut Ridge Estate, Pottstown, PA 19464; and it is further;

**ORDERED** that Movant is permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court, and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

_____

U.S.B.J