United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11639-amc |
| Phyllice J. Jackson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 07, 2025 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phyllice J. Jackson, 1502 Walnut Ridge Estates, Pottstown, PA 19464-3086 |
| cr | + | Fay Servicing, LLC as servicer for Metropolitan Li, FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Lower Pottsgrove Township Municipal Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 08 2025 01:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 08 2025 01:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2025 01:06:47 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, as servicer fro Met |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2025               Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ADAM BRADLEY HALL | on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Metropolitan Life amps@manleydeas.com |
| DANIEL P. JONES | on behalf of Creditor Metropolitan Life Insurance Company djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing LLC, as servicer for Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Pottsgrove Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOSEPH L QUINN | on behalf of Debtor Phyllice J. Jackson CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Fay Servicing LLC as servicer for Metropolitan Life Insurance Company bkecf@friedmanvartolo.com |
| STEVEN P KELLY | on behalf of Creditor Metropolitan Life Insurance Company skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| Stephen Franks | on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Phyllice J. Jackson aka Phyllice Freeman aka Phyllice Anthony aka Phyllis Freeman aka Phyllis Jackson aka Phyllis Anthony<br>　　　　Debtor | CASE NO.: 20-11639-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan |
| Fay Servicing, LLC as servicer for Metropolitan Life Insurance Company | Hearing Date: |
| v. | Objection Deadline: |
| Phyllice J. Jackson aka Phyllice Freeman aka Phyllice Anthony aka Phyllis Freeman aka Phyllis Jackson aka Phyllis Anthony<br>Kenneth E. West<br>　　　　Respondents | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of Fay Servicing, LLC as servicer for Metropolitan Life Insurance Company, together with any successor and/or assign, ("Movant") dated February 7, 2025, and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1502 Walnut Ridge Estate, Pottstown, PA 19464; and it is further;

**ORDERED** that Movant is permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court, and it is further

      **ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

      **ORDERED** that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1; and it is further

      **ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

Date: March 7, 2025     _____

U.S.B.J