United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                          Case No. 20-11639-amc

Phyllice J. Jackson                                                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: 138OBJ | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phyllice J. Jackson, 1502 Walnut Ridge Estates, Pottstown, PA 19464-3086 |
| 14673456 | + | Community Loan Servicing, LLC,, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14920704 | + | Fay Servicing, LLC, C/O Lauren Moyer, 1325 Franklin Avenue. Ste 160, Garden City, NY 11530-1631 |
| 14484337 | | Lower Pottsgrove Authority, PO Box 2343, West Chester, PA 19380-0110 |
| 14532051 | + | Lower Pottsgrove Township Municipal Authority, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14531794 | + | Lower Pottsgrove Township Municipal Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14531793 | + | Luzerne County Flood Protection Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14699096 | | Metropolitan Life, C/O ALYK L OFLAZIAN, Manley Deas & Kochalski LLC, PO BOX 165028, Columbus, OH 43216-5028 |
| 14909135 | | Metropolitan Life Insurance Company, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14855860 | + | Metropolitan Life Insurance Company, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14518089 | + | Metropolitan Life Insurance Company, C/O DANIEL P. JONES, Stern and Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14517944 | + | Metropolitan Life Insurance Company, c/o Aldridge, Pite, LLP, 780 Johnson Ferry Road, Suite 600, Atlanta, GA 30342-1439 |
| 14484338 | + | Midland Funding, C/O Hayt, Hayt & Landau, LLC, 400 Market Street, 6th Floor, Philadelphia, PA 19106-2513 |
| 14538323 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14484346 | + | Walnut Ridge Homeowners Association, PO Box 1235, Pottstown, PA 19464-0881 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 29 2025 01:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2025 01:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14484328 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 29 2025 01:32:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 14487311 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 29 2025 01:32:00 | Bayview Loan Servicing, LLC, C/O Janet M. Spears, 4375 Jutland Drive, Suite 200, PO BOX 17933, San Diego, CA 92177-7921 |
| 14487177 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 29 2025 01:32:00 | Bayview Loan Servicing, LLC, c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14493685 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2025 01:43:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14484329 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2025 01:43:48 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14484330 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2025 01:32:00 | Comenitycb/blair, Po Box 182120, Columbus, OH 43218-2120 |

Case 20-11639-amc    Doc 96    Filed 04/30/25    Entered 05/01/25 00:35:11    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: 138OBJ | Total Noticed: 51 |

| Recip ID | Type | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14673344 | ^ | MEBN | Apr 29 2025 01:29:43 | Community Loan Servicing, LLC, as servicer for Met, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14484331 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2025 01:43:14 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14484332 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 29 2025 01:43:53 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14484333 | ^ | MEBN | Apr 29 2025 01:29:34 | Dynamic Recovery Solutions, PO Box 25759, Greenville, SC 29616-0759 |
| 14484334 | ^ | MEBN | Apr 29 2025 01:29:51 | Hayt, Hayt & Landau LLC, Meridian Center 1, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 14505361 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 29 2025 01:33:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14504473 |   | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2025 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14496435 | + | Email/Text: RASEBN@raslg.com | Apr 29 2025 01:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 14484335 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2025 01:43:14 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14484336 | ^ | MEBN | Apr 29 2025 01:29:36 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 14503331 |   | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 01:43:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698764 |   | Email/Text: amps@manleydeas.com | Apr 29 2025 01:32:00 | Metropolitan Life, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14724455 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 29 2025 01:32:00 | Metropolitan Life, c/o Right Path Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 14549631 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 29 2025 01:32:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 14505164 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 29 2025 01:32:00 | Metropolitan Life Insurance Company, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14876546 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 29 2025 01:32:00 | Metropolitan Life Insurance Company, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14484339 |   | Email/Text: bankruptcy@sccompanies.com | Apr 29 2025 01:33:00 | Monroe and Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14490383 |   | Email/PDF: cbp@omf.com | Apr 29 2025 01:43:31 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14484340 | + | Email/PDF: cbp@omf.com | Apr 29 2025 01:43:53 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14499740 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2025 01:43:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14503286 |   | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2025 01:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14484341 |   | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:18 | Sam's Club MasterCard, PO Box 960013, Orlando, |

Case 20-11639-amc    Doc 96    Filed 04/30/25    Entered 05/01/25 00:35:11    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: 138OBJ | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | FL 32896-0013 |
| 14484342 | + | Email/Text: bankruptcy@sccompanies.com | Apr 29 2025 01:33:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14484343 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:47 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14484344 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:17 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 14484345 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:55 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14505070 | ^ | MEBN | Apr 29 2025 01:30:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14503471 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2025 01:43:31 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Metropolitan Life amps@manleydeas.com |
| DANIEL P. JONES | on behalf of Creditor Metropolitan Life Insurance Company djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing LLC, as servicer for Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Pottsgrove Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Apr 28, 2025 | Form ID: 138OBJ | Total Noticed: 51

JOSEPH L QUINN
    on behalf of Debtor Phyllice J. Jackson CourtNotices@rqplaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor Fay Servicing LLC as servicer for Metropolitan Life Insurance Company bkecf@friedmanvartolo.com

STEVEN P KELLY
    on behalf of Creditor Metropolitan Life Insurance Company skelly@sterneisenberg.com bkecf@sterneisenberg.com

Stephen Franks
    on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*Form 138OBJ* (6/24)−doc 95 − 93

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Phyllice J. Jackson ) Case No. 20−11639−amc
   aka Phyllis Jackson )
   fka Phyllice Freeman )
   fka Phyllis Freeman ) Chapter: 13
   fka Phyllis Anthony )
   fka Phyllice Anthony )

  Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 28, 2025

For The Court

Timothy B. McGrath
Clerk of Court