United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11639-amc |
| Phyllice J. Jackson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 21, 2025 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phyllice J. Jackson, 1502 Walnut Ridge Estates, Pottstown, PA 19464-3086 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Metropolitan Life amps@manleydeas.com |
| DANIEL P. JONES | on behalf of Creditor Metropolitan Life Insurance Company djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing  LLC, as servicer for Metropolitan Life Insurance Company |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 195 | Total Noticed: 1 |

        bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD

        on behalf of Creditor Lower Pottsgrove Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOSEPH L QUINN

        on behalf of Debtor Phyllice J. Jackson CourtNotices@rqplaw.com

KENNETH E. WEST

        ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER

        on behalf of Creditor Fay Servicing LLC as servicer for Metropolitan Life Insurance Company bkecf@friedmanvartolo.com

STEVEN P KELLY

        on behalf of Creditor Metropolitan Life Insurance Company skelly@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Phyllice J. Jackson                                             : Case No. 20−11639−amc
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , August 20, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Form 195